**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 14-1851**

─────────────

LINDA I. VALERINO,

                Plaintiff – Appellant,

        v.

ERIC H. HOLDER, JR., in his official capacity as United
States Attorney General,

                Defendant - Appellee.

─────────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T.S. Ellis, III, Senior
District Judge.  (1:14-cv-00089-TSE-JFA)

─────────────

Submitted:  February 5, 2015          Decided:  March 30, 2015

─────────────

Before WILKINSON, MOTZ, and DIAZ, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Linda I. Valerino, Appellant Pro Se. Jennifer Anne Short, OFFICE
OF THE UNITED STATES ATTORNEY, Washington, D.C., for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Linda I. Valerino appeals the district court's order granting summary judgment in favor of the Appellee on Valerino's claims of employment discrimination, retaliation, and violations of the Privacy Act, 5 U.S.C. § 552a (2012). Valerino also challenges several of the district court's orders denying her motions for permission to file documents electronically, for recusal of the district court judge, for transfer of venue, and granting in part the Appellee's motion for a protective order from further discovery. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court at the hearing on the Appellee's summary judgment motion on July 25, 2014 and in its various underlying orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>